RNN/m

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6233** CR-DIMITROULEAS

21 U.S.C. § 331
21 U.S.C. § 333

MAGISTRATE JUDGE
SNOW

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| v. | ) |
| STEPHEN SCHWARTZ, | ) |
| Defendant. | ) |

FILED by ___ D.C.
AUG 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## INFORMATION

The United States Attorney charges that:

### COUNT I

At all times relevant to this information:

1. The United States Food and Drug Administration (FDA) was the agency of the United States responsible for, among other things, enforcing the provisions of the Federal Food, Drug, and Cosmetic Act, Title 21, United States Code, Section 301 et seq.

2. Viagra was a drug within the meaning of Title 21, United States Code, Section 321(g)(1)(C), and further was a prescription drug within the meaning of Title 21, Section 353(b)(1)(A), in that, due to its toxicity and other potentiality for harmful effect, Viagra was not safe for use except under the supervision of a practitioner licensed by law to administer such



drug. Viagra was also a prescription drug within the meaning of Title 21, United States Code, Section 353(b)(1)(B) because its application, approved by the FDA under Title 21, United States Code, Section 355, limited Viagra to use under the professional supervision of a physician.

3. The FDA-approved Package Insert (labeling) for Viagra stated that Viagra was indicated for the treatment of erectile dysfunction. The labeling also stated:

> The evaluation of erectile dysfunction should include a determination of potential underlying causes and the identification of appropriate treatment following a complete medical assessment.

The FDA-approved labeling for Viagra warned of "a potential for cardiac risk" in certain patients; warned that "prior to prescribing VIAGRA, physicians should carefully consider whether their patients with underlying cardiovascular disease could be affected adversely . . ."; warned that there "is no controlled clinical data on the safety or efficacy of VIAGRA" in certain patient populations; and warned of possible interactions with other drugs.

4. Viagra was manufactured by Pfizer, Inc., at facilities located outside of the State of Florida, and sent to Florida in interstate commerce for distribution to consumers in Florida and elsewhere.

5. The Federal Food, Drug, and Cosmetic Act made it unlawful to commit any act with respect to a drug if the act was done while the drug was held for sale after shipment in interstate commerce and resulted in the drug being misbranded. Title 21, United States Code, Section 331(k). Dispensing a prescription drug such as Viagra without the prescription of a physician was an act that resulted in the Viagra being misbranded while held for sale. Title 21, United States Code, Section 353(b)(1).

6. The defendant, STEPHEN SCHWARTZ, was a licensed registered pharmacist operating a pharmacy in Broward County, in the Southern District of Florida. The defendant filled orders for Viagra placed on an Internet website known as Viagra-Sex.com which was located at www.viagra-sex.com. The website was accessible to consumers in the United States, including in the Southern District of Florida. The website advertised, offered for sale, sold, and arranged for the dispensing of Viagra from this website to consumers located within and outside the Southern District of Florida. The operators of the website provided the orders for Viagra to the defendant, STEPHEN SCHWARTZ, for the filling of the orders prior to a licensed physician authorizing the dispensing of Viagra to the persons ordering the drug. The defendant, STEPHEN SCHWARTZ, routinely filled the orders for Viagra prior to a licenced physician authorizing the dispensing of the drug. The defendant, STEPHEN SCHWARTZ, thereafter delivered the dispensed Viagra to consumers by shipping it via the United States mail.

7. From in or about September, 1999, to on or about February 28, 2000, at Broward County, within the Southern District of Florida, and elsewhere, the defendant,

STEPHEN SCHWARTZ,

did knowingly dispense and cause to be dispensed quantities of the prescription drug Viagra contrary to the provisions of Title 21, United States Code, Section 353(b)(1), in that the Viagra was dispensed without lawful prescriptions of a practitioner licensed by law to administer Viagra, and the defendant did so while the Viagra was held for sale after shipment in interstate

3

commerce, and the acts resulted in the Viagra being misbranded.

All in violation of Title 21, United States Code, Sections 331(k) and 333(a)(1).

GUY A. LEWIS
UNITED STATES ATTORNEY

ROBERT N. NICHOLSON
ASSISTANT UNITED STATES ATTORNEY

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA        CASE NO. _____

v.                              **CERTIFICATE OF TRIAL ATTORNEY***

Stephen Schwartz _____        **Superseding Case Information**:

**Court Division**: (Select One)

New Defendant(s)         Yes ___  No ___
Number of New Defendants     ___
Total number of counts       ___

___ Miami   ___ Key West
_X_ FTL     ___ WPB   ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:         (Yes or No) _No_____
   List language and/or dialect _____

4. This case will take __0__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                       (Check only one)

   I    0 to 5 days        _X_        Petty         ___
   II   6 to 10 days       ___        Minor         ___
   III  11 to 20 days      ___        Misdem.       _x_
   IV   21 to 60 days      ___        Felony        ___
   V    61 days and over   ___

6. Has this case been previously filed in this District Court? (Yes or No) ___  No
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?   (Yes or No)  No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: 00-4626-Snow, 00-4627-Snow and 00-4628-Snow
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No) __No__

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No   If yes, was it pending in the Central Region? ___ Yes ___ No

ROBERT NICHOLSON
ASSISTANT UNITED STATES ATTORNEY
Court Bar No. 0993996