UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6233-CR-DIMITROULEAS

UNITED STATES OF AMERICA

vs

STEVEN SCHWARTZ

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on SEPTEMBER 11, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:         Address: __ON BOND FORM_____

                   _____

                   Telephone:_____

DEFENSE COUNSEL:   Name:____BRUCE LYONS, ESQ._____

                   Address:_____

                   _____

                   Telephone:_____

BOND SET/CONTINUED:   $_____

Bond hearing held: yes_____  no_____  Bond hearing set for_____

Dated this __11TH__ day of __SEPTEMBER__, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _____
    Deputy Clerk

Tape No.____00- 047_____

cc: Copy for Judge
    U. S. Attorney

