**COURT MINUTES**

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | STEVEN SCHWARTZ (surrender) | CASE NO: | 00-6233-CR-DIMITROULEAS |
| AUSA: | ROBERT NICHOLSON | ATTY: | BRUCE LYONS, ESQ. |
| AGENT: | | VIOL: | |
| PROCEEDING: | I/A ON INFO / CHANGE OF PLEA | RECOMMENDED BOND: | PERSONAL SURETY |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | |
| BOND SET @: | 10,000 PSB | To be cosigned by: | |

FILED by D.C. SEP 1 2000 CLARENCE MADDOX, CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Advised of charges

~~Reading of Indictment Waived~~
Not Guilty plea entered
J_____ _____
_____ Order requested

Change of plea entered as to 1 count Info - deft pled guilty under oath - court accepts plea & enters guilty plea. Plea agreement filed in open court

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | PSI Waived - Deft sentenced |
| PTD/BOND HEARING: | Imp conf w/held |
| PRELIM/ARRAIGN. OR REMOVAL: | One year prob |
| STATUS CONFERENCE: | 200 hrs comm svcs |
| DATE: 9/11/00 | TIME: 11:30 A.M. | FTL/LSS TAPE # 00 - 047 | Begin 1669 | End 3214 |

fine of $5,000 w/ term of pmt assessment $50.00 due ~~today~~ 9-12