UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55457-004

UNITED STATES OF AMERICA    )
                Plaintiff    )   Case Number: CR 00-6233-CR-Dimi
                             )   REPORT COMMENCING CRIMINAL
        -vs-                 )              ACTION
                             )
Schwartz, Stephen            )
          Defendant

FILED by _____ D.C.
SEP 12 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

************************************************
TO: Clerk's Office    MIAMI  /  FT. LAUDERDALE    W. PALM BEACH
    U.S. District Court       (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
************************************************
All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1)  Date and Time of Arrest: 9-11-00  10:00  am/pm

(2)  Language Spoken:  English

(3)  Offense (s) Charged:  Dispensing Viagra

(4)  U.S. Citizen  [✓] Yes  [ ] No  [ ] Unknown

(5)  Date of Birth:  7-23-42

(6)  Type of Charging Document:  (check one)
     [ ] Indictment  [ ] Complaint  To be filed/Already filed
     Case# 00-6233-CR-Dimi

     [ ] Bench Warrant for Failure to Appear
     [ ] Probation Violation Warrant
     [ ] Parole Violation Warrant

     Originating District:  S/F/a

     COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ] YES  [ ] NO

Amount of Bond: $  10,000 P/s Bond
Who set Bond:  Snow

(7)  Remarks:  Self-Surr.

(8)  Date: 9-11-00    (9) Arresting Officer: _____

(10) Agency:  FBI  F.D.A.    (11) Phone: _____

(12) Comments: _____

