# UNITED STATES DISTRICT COURT

SOUTHERN — District of — FLORIDA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |
| | CASE NUMBER: 00-6233-CR-Dimitrouleas |
| STEVEN SCHWARTZ | Bruce Lyons, Esq. |
| **THE DEFENDANT:** | Defendant's Attorney |
| | AUSA Robert Nichols |

[X] pleaded guilty to count(s) ___One (1)___

[ ] pleaded nolo contendere to count(s) _____ which was accepted by the court.

[ ] was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 USC 331(k) and 333(a)(1) | Misbranding Prescription Drugs | 2-28-00 | 1 |

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) _____

[ ] Count(s) _____ (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: July 23, 1942

Defendant's USM No.: 55457-004

Defendant's Residence Address:
14510 SW 21st Street
Davie, FL 33325

Defendant's Mailing Address:
Same

Date of Imposition of Judgment: September 11, 2000

Signature of Judicial Officer

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

Date: September 14, 2000

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 9/15/00



'00 OCT 16 A9:56

No further action required by
the U.S. Marshals Service.

James A Tassette
UNITED STATES MARSHAL

Ed Puertos SDUSM